# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

YHONNY ESCALONA RIVERO,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Warden,
Otay Mesa Detention Center,

Respondent.

Case No.:  26cv2615 DMS (BJW)

**ORDER GRANTING PETITION**

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return stating they "do[ ] not oppose the petition and defer[ ] to the Court on the appropriate relief." (Return at 3.)  Accordingly, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration judge within fourteen (14) days of this Order unless Petitioner requests a continuance.  At that bond hearing, the Government shall have the burden of proving by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight if released on bond.  Respondents shall file a Joint Status Report within twenty-one (21) days of this Order's entry confirming Petitioner received a bond hearing and setting out the results thereof.

**IT IS SO ORDERED.**

Dated:  June 11, 2026

Hon. Dana M. Sabraw
United States District Judge